**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 08-12162 |
| PAUL ALLEN THOMAS and | ) Chapter 7 |
| JACQUELINE CAROLANN THOMAS, | )  Judge Manuel Barbosa |
| | ) |
| Debtors. | ) |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

   At:  100 S. 3rd Street, Room 140, Geneva, IL  60134

   On:    January 7, 2010      Time:  10:00 AM

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court.
   ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT
   IS NOT REQUIRED.

3. The trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $      10,053.15 |
   | Disbursements | $            0.00 |
   | Net Cash Available for Distribution | $      10,053.15 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Trustee, Roy Safanda | $ -0- | $ 1,755.31 | $ 55.30 |
| Attn'y for Trustee | $ -0- | $   731.25 | $  -0- |
| Clerk Bank. Ct. | $ -0- | $ 250.00 | $ -0- |
| Deferred Adv. Filing Fee | | | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $  -0-  , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be  -0-  %.

Allowed priority claims are: NONE

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |

7. Claims of general unsecured creditors totaling $ 80,310.02  have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be  9  %.

Allowed general unsecured claims are as follows:

Page 2

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Capital One c/o TSYS DEBT MGMT | 1,832.84 | 165.72 |
| 5 | Captial Recovery II | 7,110.79 | 642.93 |
| 6 | Discover Bank/DFS Srvs., LLC | 3,664.01 | 331.28 |
| 7 | Discover Bank/DFS Srvs., LLC | 2,579.40 | 233.22 |
| 8 | Chase | 5,394.31 | 487.73 |
| 9 | Chase | 1,182.97 | 106.97 |
| 10 | Chase | 4,803.27 | 434.29 |
| 11 | Drendel & Drendel | 3,411.58 | 308.46 |
| 12 | Chase | 1,868.93 | 168.98 |
| 13 | PYOD CitiBank Resurgent Capital Srvs | 1,854.13 | 167.64 |
| 14 | Chase | 22,516.68 | 2,035.86 |
| 15 | Pra. Rec. Mgmt for Port Recovery Assoc. | 5,202.30 | 470.37 |
| 16 | American Express c/o Becket and Lee | 3,554.22 | 321.36 |
| 17 | American Express c/o Becket and Lee | 4,364.52 | 394.62 |
| 18 | American Express Centurion Bank | 1,755.63 | 158.76 |
| 19 | ECast Settlement Corp for Household Finance | 9,214.44 | 833.10 |
| | | $80,310.02 | $7,261.29 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal

Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

NONE

Dated: _____               For the Court,


                                       By: _____
                                       Kenneth S. Gardner
                                       Clerk of the U.S. Bankruptcy Court
                                       219 S. Dearborn Street, 7th Floor
                                       Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

Myfiles/Bankruptcy/Forms/New – Notice of Trustee's Final Report, Hearing

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: froman                 Page 1 of 2                   Date Rcvd: Nov 20, 2009
Case: 08-12162                Form ID: pdf006              Total Noticed: 51

The following entities were noticed by first class mail on Nov 22, 2009.
db/jdb        +Paul Allen Thomas,   Jacqueline Carolann Thomas,    1105 Edwards Dr.,   Batavia, IL 60510-8323
aty           +Carl F Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
aty           +Edgar P. Petti,   Petti Murphy & Associates,   22 South Fourth Street, Suite B,
               Geneva, IL 60134-2101
tr            +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
12232046       Aggressive Motorsports, Inc.,   210 Oswalt Dr.,   Batavia, IL 60510
12232051      +American Express,   P.O. Box 6618,   Omaha, NE 68106-0618
12435594       American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12232050       American Express Centurion Bank,   POB 3001,   Malvern PA 19355-0701
12435596       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12232053      +Beneficial Corporation,   347 E. Indian Trail,   Aurora, IL 60505-1734
12249587      +CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),   PO BOX 5155,
               NORCROSS, GA 30091-5155
12345893      +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12232054      +Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
12232055      +Capital One Bank,   P.O. Box 60024,   City of Industry, CA 91716-0024
12232056      +Central DuPage Hospital,   P.O. Box 4698,   Carol Stream, IL 60197-4698
12232057      +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
12232060      +Chase BP,   P.O. Box 15298,   Wilmington, DE 19886-5298
12394608       Chase Bank USA, NA,   PO BOX 15145,   Wilmington, DE 19850-5145
12375044      +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
12232061      +Chase Home Equity,   P.O. Box 9001020,   Louisville, KY 40290-1020
12232062      +Citibank, N.A.,   P.O. Box 6191,   Sioux Falls, SD 57117-6191
12232064      +Delnor Community Hospital,   P.O. Box 739,   Moline, IL 61266-0739
12232067      +Drendel & Drendel,   201 Houston St. Ste. 300,   Batavia, IL 60510-1980
12232068      +Exxon Mobile,   P.O. Box 688940,   Des Moines, IA 50368-8940
12232069      +Ford Credit,   National Bankruptcy Service Center,   P.O. Box 537901,   Livonia, MI 48153-7901
12259707      +Ford Motor Credit Company LLC,   P O Box 537901,   Livonia MI 48153-7901
12365178     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,   Centralized Insolvency Operations,
               P.O. Box 21126,   Philadelphia Pa 19114)
12232077      +MT Ward Management Corp.,   236 Stone Manor Circle,   Batavia, IL 60510-2986
12232075      +Medical Accounting Service,   5626 Frantz Rd.,   Dublin, oh 43017-1559
12232076      +MiraMed Revenue Group LLC,   Dept. 77304,   P.O. Box 77000,   Detroit, MI 48277-2000
12232078      +Nicholas Sotola,   115 Daisy Ave.,   Cortland, IL 60112-4115
12232079      +Nicholas Sotola, Buyer,   115 Daisy Ave.,   Cortland, IL 60112-4115
12232080       Optical Technologies, Inc.,   210 Oswalt Dr.,   Batavia, IL 60510
12232083     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates LLC,   P.O. Box 12914,
               Norfolk, VA 23541)
12377736       PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
12397964      +Pra Receivables Management, Llc,   As Agent Of Portfolio Recovery Assocs.,   c/o Y,   POB 41067,
               NORFOLK VA 23541-1067
12232084      +RAB Inc.,   P.O. Box 34111,   Memphis, TN 38184-0111
12232085      +Sam’s Club,   Member Service,   608 Southwest 8th St.,   Bentonville, AR 72716-0001
12232086      +U.S. Department of Treasury,   Internal Revenue Service,   2001 Butterfield Rd.,
               Downers Grove, IL 60515-1058
12232092      +United Recovery Systems,   5800 North Course Drive,   Houston, TX 77072-1613
12232093      +Wells Fargo,   P.O. Box 10335,   Des Moines, IA 50306-0335
12232094      +Wells Fargo,   PO Box 348750,   Sacramento, CA 95834-8750
12232095      +West Suburban Dermatology,   P.O. Box 2137,   Carol Stream, IL 60132-0001
12528555       eCAST Settlement Corporation assignee of,   Household Finance Corporation Beneficial,   POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Nov 20, 2009.
12684259      +E-mail/PDF: rmscedi@recoverycorp.com Nov 21 2009 04:10:18     Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12232065       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 21 2009 04:09:18     Discover Financial Services,
               P.O. Box 30943,   Salt Lake City, UT 84130
12344139       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 21 2009 04:09:18
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
12232073       E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2009 04:10:18     JCPenney Credit Services,
               Customer Service C/O GEMB,   P.O. Box 981131,   El Paso, TX 79998-1131
12232074      +E-mail/PDF: cr-bankruptcy@kohls.com Nov 21 2009 04:09:27     Kohl’s,   P.O. Box 3043,
               Milwaukee, WI 53201-3043
12684260       E-mail/PDF: rmscedi@recoverycorp.com Nov 21 2009 04:10:18
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12322693      +E-mail/PDF: rmscedi@recoverycorp.com Nov 21 2009 04:10:18
               Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY REWARDS MASTERCARD,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-1           User: froman                Page 2 of 2                 Date Rcvd: Nov 20, 2009
Case: 08-12162                 Form ID: pdf006             Total Noticed: 51

aty*           +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
12232048*       Aggressive Motorsports, Inc.,   210 Oswalt Dr.,   Batavia, IL 60510
12232049*       Aggressive Motorsports, Inc.,   210 Oswalt Dr.,   Batavia, IL 60510
12232047*       Aggressive Motorsports, Inc.,   210 Oswalt Dr.,   Batavia, IL 60510
12232052*      +American Express,   P.O. Box 6618,   Omaha, NE 68106-0618
12435595*       American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12232058*      +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
12232059*      +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
12232063*      +Citibank, N.A.,   P.O. Box 6191,   Sioux Falls, SD 57117-6191
12232066*     ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court: Discover Financial Services,   P.O. Box 30943,
                Salt Lake City, UT 84130)
12232070*      +Ford Credit,   National Bankruptcy Service Center,   P.O. Box 537901,   Livonia, MI 48153-7901
12232071*      +Ford Credit,   National Bankruptcy Service Center,   P.O. Box 537901,   Livonia, MI 48153-7901
12232072*      +Ford Credit,   National Bankruptcy Service Center,   P.O. Box 537901,   Livonia, MI 48153-7901
12232081*       Optical Technologies, Inc.,   210 Oswalt Dr.,   Batavia, IL 60510
12232082*       Optical Technologies, Inc.,   210 Oswalt Dr.,   Batavia, IL 60510
12232087*      +U.S. Department of Treasury,   Internal Revenue Service,   2001 Butterfield Rd.,
                Downers Grove, IL 60515-1058
12232088*      +U.S. Department of Treasury,   Internal Revenue Service,   2001 Butterfield Rd.,
                Downers Grove, IL 60515-1058
12232089*      +U.S. Department of Treasury,   Internal Revenue Service,   2001 Butterfield Rd.,
                Downers Grove, IL 60515-1058
12232090*      +U.S. Department of Treasury,   Internal Revenue Service,   2001 Butterfield Rd.,
                Downers Grove, IL 60515-1058
12232091*      +U.S. Department of Treasury,   Internal Revenue Service,   2001 Butterfield Rd.,
                Downers Grove, IL 60515-1058
                                                                                            TOTALS: 0, * 20
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 22, 2009**                       **Signature:** *Joseph Speetjens*